```
            UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA
                   MIAMI DIVISION
            CASE NO. 13-20274-CR-GRAHAM
```

UNITED STATES OF AMERICA

        Plaintiff,

vs.

JOSE MORAN, RAFAEL MENA
and ARMANDO RUBIO CORDERO,

        Defendants.

_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Defendant's request to enter a plea of guilty before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Jonathan Goodman, on October 3, 2013. A Report and Recommendation filed on October 8, 2013 Recommended that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however, none were filed. The Court has conducted a <u>de novo</u> review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that the Report and Recommendation of United States Magistrate Judge Jonathan Goodman, is hereby Adopted and Approved in its entirety. The Defendants are adjudged guilty as Count One of the Indictment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 20th day of November, 2013.

                                                    _____
                                                    DONALD L. GRAHAM
                                                    UNITED STATES DISTRICT JUDGE

```
Copied: Magistrate Judge Goodman
        Counsel of Record
```